

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

December 27, 2019

**VIA ECF**

The Honorable Jesse M. Furman
United District Court
Southern District of New York
40 Foley Square
New York, New York 10007

RE: <u>United States v. Igors Pirins</u>
16 Cr. 692-14 (JMF)

Dear Judge Furman:

    I was appointed as counsel for Mr. Igors Pirins pursuant to the Criminal Justice Act (CJA). I am writing to request an adjournment of sentencing which has been scheduled for January 10, 2020 until a date in late January 2020. The further time is necessary to obtain additional letters in support that the defense intends to submit as mitigation on behalf of Mr. Pirins who is a native of Latvia. This is the first request for an adjournment of sentencing. The Government consents to this request for an adjournment.

Very truly yours,

/s/

Calvin H. Scholar

CHS/jb

cc: AUSA Daniel Nessim, *via* ECF

Application GRANTED. Sentencing is ADJOURNED to February 3, 2020, at 3:30 p.m. The Clerk of Court is directed to terminate Docket No. 424. SO ORDERED.

December 30, 2019