UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA                                          :
                                                                  :
                      -v-                                         :        16-CR-692-14 (JMF)
                                                                  :
IGORS PIRINS,                                                     :             ORDER
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On September 29, 2020, the Court received the attached letter (redacted to remove personal information), dated September 17, 2020, from the defendant's wife, Linda Pirina.  The Government is hereby ORDERED to respond by October 6, 2020.

      SO ORDERED.

Dated: September 29, 2020
     New York, New York                     _____
                                                          JESSE M. FURMAN
                                                       United States District Judge

USA New York State
Southern District Court
500 Pearl St, New York, NY 10007, United States of America


Convicted Igors Pirins
Personal identification code ▮▮▮▮▮▮▮▮
Spouse - Linda Pirina
Personal identification code ▮▮▮▮▮▮▮▮
Place of Residence: ▮▮▮▮▮▮▮▮▮▮▮▮
Republic of Latvia

e-mail: lindapirina@gmail.com


Application

In year 2020 my spouse - Igors Pirins, personal identification code ▮▮▮▮▮▮▮▮ was convicted to 66 month in prison by USA New York Southern District Court. Judgment in this case has entered into force.

By the request of Igors Pirins, an application has been submitted to the Ministry of Justice of the Republic of Latvia with a request to take over the serving of a sentence in the Republic of Latvia.

In year 2018, on the 28th of November an authorized searche was carried out at our place of residence, during which cell phones, flash memory cards, tablet and a MacBook were taken. Considering that the judgment has entered into force, I request the return of the seized items, including mobile phones, laptop and tablet. Following items please send to my place of residence: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮, Republic of Latvia.


August 17, 2020

Best Regards

Linda Pirina

USA New York State
Southern District Court
500 Pearl St, New York
NY 10007

United States of America

Criminal
KH

USM P3
SDNY



R RR616025338LV

APMAKSĀTS    TAXE PERÇUE

10007$1330 C014

KULDĪGA-1
27-08-2020
03
LV-3301

LINDA PIRINA

LATVIJA