UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                             :

UNITED STATES OF AMERICA,          :
                             :

       -v-                    :       16-CR-692-14 (JMF)
                             :

IGORS PIRINS,                 :          ORDER
                             :

             Defendant.      :
                             :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 15, 2022, the Defendant, proceeding without counsel, filed a motion for compassionate release.  *See* ECF No. 541.[1]  Upon review of the motion papers, the Court DENIES the motion, substantially for the reasons set forth in the Government's opposition.  *See* ECF No. 543.[2]  Put simply, Defendant fails to establish that there are "extraordinary and compelling reasons warrant[ing]" a reduction of his sentence and, even if he did, the Section 3553(a) factors do not call for such a reduction.  18 U.S.C. § 3582(c)(1)(A).

      The Clerk of Court is directed to terminate ECF No. 541 and to mail a copy of this Order to:

          Igors Pirins
          Marshal Reg. No. 86435-054
          FCI Hazelton
          P.O. Box 5000
          Bruceton Mills, WV 26525

      SO ORDERED.

Dated: June 27, 2022
      New York, New York                             _____
                                        JESSE M. FURMAN
                                    United States District Judge

---

[1]     On May 19, 2022, the Court granted Defendant an extension until June 17, 2022, to file a reply.  *See* ECF No. 548.  To date, no reply has been filed.

[2]     The Government's request to file Exhibit A to its submission under seal is granted.