UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
         -v-                                        :    16-CR-692-14 (JMF)
:
IGORS PIRINS,                                          :    ORDER
:
         Defendant.                                 :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On October 28, 2022, the Defendant, proceeding without counsel, filed a "motion to re-open the reduction in sentencing proceeding." *See* ECF No. 560.  The Government is ORDERED to file a response by **November 4, 2022**.  Unless and until the Court orders otherwise, no reply will be permitted.

      The Clerk of Court is directed to mail a copy of this Order to:

            Igors Pirins
            Marshal Reg. No. 86435-054
            FCI Hazelton
            P.O. Box 5000
            Bruceton Mills, WV 26525

      SO ORDERED.

Dated: October 28, 2022
       New York, New York                       _____
                                                          JESSE M. FURMAN
                                                    United States District Judge